| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Times Square Enterprises, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **02-0566982** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**210 West 42nd Street**<br>**New York, NY 10022** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **New York** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)    ☐ Railroad<br>■ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

| **Statistical/Administrative Information** (Estimates only)<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **Times Square Enterprises, LLC** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Abraham Backenroth 1989**
Signature of Attorney for Debtor(s)

**Abraham Backenroth 1989**
Printed Name of Attorney for Debtor(s)

**Backenroth Frankel & Krinsky, LLP**
Firm Name

**489 Fifh Avenue
28th Floor
New York, NY 10017**
Address                    **Email: abackenroth@bfklaw.com**

**212-593-1100  Fax: 212-644-0544**
Telephone Number

**August 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Helen Lucas Liftig**   *Helen Lucas Liftig*
Signature of Authorized Individual

**Helen Lucas Liftig**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 15, 2005**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Southern District of New York

In re   **Times Square Enterprises, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advance Me<br>245 Town Park Dr Ste 400<br>Kennesaw, GA 30144 | Aaron Martin<br>Advance Me<br>245 Town Park Dr Ste 400<br>Kennesaw, GA 30144<br>(888) 700-8181 | Loan | | 94,715.00 |
| Atlas Acon<br>283 Hudson<br>New York, NY 10013 | Bill Kramer<br>Atlas Acon<br>283 Hudson<br>New York, NY 10013<br>(212) 741-0600 | Electircal Work | Unliquidated | 80,000.00 |
| Binky Beer on Broadway LLC<br>Paul Hoffman Jr<br>56 Harrison St<br>New Rochelle, NY 10801 | Paul Hoffman, Jr<br>Binky Bun on Broadway LLC<br>56 Harrison St<br>New Rochelle, NY 10801<br>(914) 235-6400 | Loan | | 100,000.00 |
| Boston Properties LP<br>599 Lexington Avenue<br>New York, NY 10022 | Boston Properties LP<br>599 Lexington Avenue<br>New York, NY 10022 | Rent | Unliquidated | 250,000.00 |
| Capri Construction<br>c/o John Capri<br>5 Pound Hollow Rd<br>Glen Head, NY 11545 | John Capri<br>Capri Construction<br>58 School St<br>Glen Cove, NY 11542 | Construction | Unliquidated | 170,000.00 |
| Center Street Systems Inc.<br>c/o Mark E Tulip<br>Brooklyn, NY 11201 | Mark Tulip<br>Center Street Systems Inc.<br>c/o Mark E Tulip<br>Brooklyn, NY 11201<br>(718) 624-5521 | Construction | Unliquidated<br>Disputed | 70,000.00 |
| City of New York<br>NYC Law Department<br>100 Church St<br>New York, NY 10007 | City of New York<br>NYC Law Department<br>100 Church St<br>New York, NY 10007 | Commercial Rent Tax | | 57,223.00 |
| City of New York<br>NYC Law Department<br>100 Church St<br>New York, NY 10007 | City of New York<br>NYC Law Department<br>100 Church St<br>New York, NY 10007 | Sales Tax | Unliquidated | 170,348.00 |
| Denton, Harold<br>General Land<br>2 Research Way<br>Princeton, NJ 08540 | Denton, Harold<br>General Land<br>2 Research Way<br>Princeton, NJ 08540 | | | 50,000.00 |
| Donno, Robert<br>69 Grist Mill Lane<br>Manhasset, NY 11030 | Donno, Robert<br>69 Grist Mill Lane<br>Manhasset, NY 11030 | Loan | | 100,000.00 |

In re  **Times Square Enterprises, LLC**  _____  Case No. _____
                                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Faddis, Frank<br>6701 Pensacola Blvd<br>Pensacola, FL 32505 | Faddis, Frank<br>6701 Pensacola Blvd<br>Pensacola, FL 32505 | Loan | | 100,000.00 |
| Irving Haase & Co<br>108-13 53 Ave<br>East Elmhurst, NY 11369 | Tony Marsanico<br>Irving Haase & Co<br>108-13 53 Ave<br>East Elmhurst, NY 11369<br>(718) 271-4100 | Construction | Unliquidated | 92,237.00 |
| Lappin, Dorothy<br>150 Bradley Pl<br>Palm Beach, FL 33480 | Lappin, Dorothy<br>150 Bradley Pl<br>Palm Beach, FL 33480 | | | 50,000.00 |
| Lauster & Radu<br>104 West 27 Street<br>New York, NY 10001 | Mihai Radu<br>Lauster & Radu<br>104 West 27 Street<br>New York, NY 10001<br>(212) 691-1171 | | Unliquidated | 130,000.00 |
| Stareshefsky, Joseph<br>22 Scher Pl<br>Passaic, NJ 07055 | Stareshefsky, Joseph<br>22 Scher Pl<br>Passaic, NJ 07055 | Loan | | 200,000.00 |
| Sylvan, Rosa<br>44 Coconut Row<br>Palm Beach, FL 33480 | Sylvan, Rosa<br>44 Coconut Row<br>Palm Beach, FL 33480 | Loan | | 150,000.00 |
| Total Dollar Insurance<br>325 Lexington Ave<br>New York, NY 10016 | Total Dollar Insurance<br>325 Lexington Ave<br>New York, NY 10016<br>(212) 689-4477 | Insurance | | 79,873.00 |
| Total Dollar Management Effort<br>c/o Arther Burhr<br>325 Lexington Ave<br>New York, NY 10016 | Arther Burhr<br>Total Dollar Management Effort<br>325 Lexington Ave<br>New York, NY 10016<br>(212) 689-4477 | Loan | | 150,000.00 |
| Weiss, Leonard<br>481 Greenbriar Ct<br>Roslyn, NY 11576 | Weiss, Leonard<br>481 Greenbriar Ct<br>Roslyn, NY 11576 | Loan | | 50,000.00 |
| Wong, Ronald<br>30 Waterside Plaza<br>New York, NY 10010 | Wong, Ronald<br>30 Waterside Plaza<br>New York, NY 10010 | Loan | | 50,000.00 |

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  **August 15, 2005**  _____

Signature  **/s/ Helen Lucas Liftig**    *Helen Lucas Liftig*
           **Helen Lucas Liftig**
           **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form B6D
(12/03)

In re __Times Square Enterprises, LLC_____,  Case No. _____

                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **GE Capital Business Solutions 3000 Lakeside Dr Ste 200N Deerfield, IL 60015** | | | | | **Computer Equipment** <br><br> - <br><br> Value $     **Unknown** | | X | | **Unknown** | **Unknown** |
| Account No. **IGT Services Inc 600 NE 36 St Miami, FL 33137** | | | | | **Personal Property** <br><br> - <br><br> Value $     **2,000,000.00** | | X | | **25,000.00** | **0.00** |
| Account No. **North Fork Bank 404 5th Ave New York, NY 10018** | | | | | **All personal property** <br><br> - <br><br> Value $     **2,000,000.00** | | X | | **535,000.00** | **0.00** |
| Account No. **Rewards Network Establishment Services Inc 290 Park Ave New York, NY 10010** | | | | | **Personal Property** <br><br> - <br><br> Value $     **2,000,000.00** | | X | | **198,212.00** | **0.00** |

__1__  continuation sheets attached

Subtotal
(Total of this page)  **758,212.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Times Square Enterprises, LLC**                                    Case No. _____

_____,

                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **State of New York Attorney General's Office 120 Broadway New York, NY 10271** | - | | Tax Lien Personal Property Value $ 2,000,000.00 | | X | | 123,000.00 | 0.00 |
| Account No. **Supply Services PO Box 2028 Woodstock, GA 30188** | - | | Personal Property Value $ 2,000,000.00 | | X | | 0.00 | 0.00 |
| Account No. **Wizard Leasing, Inc. 59 Deep Woods Way Ormond Beach, FL 32174** | - | | Computer Equipment Value $ Unknown | | X | | Unknown | Unknown |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this page) | 123,000.00 |
| Total (Report on Summary of Schedules) | 881,212.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **Times Square Enterprises, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Fee is a retainer only. The Debtor is responsible for additional fees after retainer has been exhausted.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 15, 2005**

**/s/ Abraham Backenroth 1989**
**Abraham Backenroth 1989**
**Backenroth Frankel & Krinsky, LLP**
**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**
**212-593-1100  Fax: 212-644-0544**
**abackenroth@bfklaw.com**

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Times Square Enterprises, LLC**

Debtor.

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert John Cass Jr.**<br>**19 Pembroke Rad**<br>**Summit, NJ 07901** | | | .50 unit |
| **Albert Notarnicola**<br>**93 Lawrence Park Crescent**<br>**Bronxville, NY 10708** | | | .75 unit |
| **Alex Natiku & Russell McAfee**<br>**63-12  75th Street**<br>**Middle Village, NY 11379** | | | 1 unit |
| **Alexis Shein**<br>**7 Gramercy Park**<br>**Apt 2C**<br>**New York, NY 10003** | | | .50 unit |
| **Ann La Centra**<br>**70-25 Yellowstone Blvd**<br>**Forest Hills, NY 11375** | | | .25 unit |
| **Ann M. Gross**<br>**52-30  39th Drive**<br>**Woodside, NY 11377** | | | .50 unit |
| **Arthur and Claire Buhr**<br>**51 Kensett Road**<br>**Manhasset, NY 11030** | | | 2 units |
| **Arthur and Jo Ann Hansen**<br>**198 Lafayette Avenue**<br>**Chatham, NJ 07928** | | | .50 unit |
| **Arthur D. Kramer**<br>**235 East 46th Street**<br>**#6D**<br>**New York, NY 10017** | | | .25 unit |
| **Beth and Warren Schneider**<br>**118 Busteed Drive**<br>**Midland Park, NJ 07432** | | | .50 unit |
| **Beula Steinberg**<br>**150 East 69th Street**<br>**New York, NY 10021** | | | .50 unit |

<u>9</u> continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Times Square Enterprises, LLC**           Case No. _____

_____,

Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beverly Lidstrom<br>106 Topstone Road<br>Redding, CT 06896 | | | 1 unit |
| Cappy Hanlan<br>1 Shore Drive<br>Edgewater, NJ 07020 | | | .25 unit |
| Charles and Ann Hoffman<br>26 Eden Hill Road<br>Newtown, CT 06470 | | | 1 unit |
| Charles and Thorunn Faddis<br>314 Andrew Jackson Trail<br>Gulf Breeze, FL 32561 | | | 1 unit |
| Charles M. Bowden<br>370 West 30th Street<br>11D<br>New York, NY 10001 | | | 2 units |
| Christine Smith-Notarnicola<br>93 Lawrence Park Crescent<br>Bronxville, NY 10708 | | | .50 unit |
| Claire Buhr<br>51 Kensett Road<br>Manhasset, NY 11030 | | | 1 unit |
| Daniel Compain<br>71 Glenwood Road<br>Ridgewood, NJ 07450 | | | .50 unit |
| David A. Kriegel<br>300 East 85th Street<br>New York, NY 10028 | | | 1 unit |
| David and Sarah Kowitz<br>44 Wood Road<br>Bedford Hills, NY 10507 | | | 1 unit |
| David W. Hansen<br>P O Box 283<br>Chatham, NJ 07928 | | | .50 unit |
| Diana R. Oreck<br>620 Peachtree Street N E<br>Apt 10004<br>Atlanta, GA 30308 | | | .50 unit |

Sheet __1__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Times Square Enterprises, LLC** _____ , Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diane L. Saslow**<br>**690 Pennsylvania St #4**<br>**Denver, CO 80203** | | | .50 unit |
| **Doris Ornstein**<br>**300 Winston Drive**<br>**Apt 2522**<br>**Cliffside Park, NJ 07010** | | | .50 unit |
| **Dorothy L. Lappin**<br>**150 Bradley Place N.**<br>**Apt 301**<br>**Palm Beach, FL 33480** | | | 1.50 units |
| **Edward B. Assaf**<br>**51 Roydon Drive E.**<br>**Merrick, NY 11566** | | | 1.0 unit |
| **Edward V. Vrona Jr.**<br>**7 Oswego Avenue**<br>**Long Beach, NY 11561** | | | 2 units |
| **Eileen Colonna**<br>**1011 Abbott Blvd**<br>**Fort Lee, NJ 07024** | | | .75 unit |
| **Elizabeth Martinez**<br>**22 Porchuck Road**<br>**Greenwich, CT 06830** | | | 1 unit |
| **Enid and Bernard Englehard**<br>**440 East 57th Street**<br>**Apt 18B**<br>**New York, NY 10022** | | | .50 unit |
| **Eric Anderson**<br>**16 B Forrest Drive**<br>**Springfield, NJ 07081** | | | .25 unit |
| **Fred and Susan Catalano**<br>**8 Elvira Court**<br>**Huntington, NY 11743** | | | 2 units |
| **Frederica Kadden**<br>**500 East Shore Road**<br>**Great Neck, NY 11024** | | | .50 unit |
| **Gayle Baron**<br>**4 East 88th Street**<br>**#6A**<br>**New York, NY 10128** | | | 1 unit |

Sheet __2__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Times Square Enterprises, LLC**                               Case No. _____

_____ ,
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Grace E. Richardson**<br>**180 East 79th Street**<br>**Apt 14D**<br>**New York, NY 10021** | | | **1 unit** |
| **Gwen M. Engelhard**<br>**85 East End Avenue**<br>**Apt 11 C**<br>**New York, NY 10028** | | | **1 unit** |
| **Helen Lucas Liftig**<br>**465 Park Avenue**<br>**New York, NY 10022** | | | **1 unit** |
| **Helen Ross**<br>**45 Otter Creek Road**<br>**Skillman, NJ 08558** | | | **.50 unit** |
| **Henry E. Goodhue**<br>**66 South Street**<br>**Red Bank, NJ 07701** | | | **1 unit** |
| **Hillary E. Matza**<br>**2939 Ocean Avenue**<br>**Apt 3F**<br>**Brooklyn, NY 11235** | | | **.50 unit** |
| **Ira J. Greenblatt**<br>**425 East 58th Street**<br>**Apt 40G**<br>**New York, NY 10022** | | | **.50 unit** |
| **Israel and Miriam Suss**<br>**387 Grand Street**<br>**New York, NY 10002** | | | **2 units** |
| **J. Blake O'Dowd**<br>**37 Edgewood Road**<br>**Summit, NJ 07901** | | | **.50 unit** |
| **James R. Agressi**<br>**284 Cedar Court**<br>**Wyckoff, NJ 07481** | | | **.50 unit** |
| **Jeffrey Ornstein**<br>**831 S E 4th Avenue**<br>**Pompano Beach, FL 33060** | | | **.50 unit** |
| **Jerry Harnick**<br>**9 Walnut Hollow Lane**<br>**Lincroft, NJ 07738** | | | **.50 unit** |

Sheet __3__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Times Square Enterprises, LLC**                          Case No. _____

                                    ,
                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jo Berinoto**<br>**70-25 Yellowstone Blvd.**<br>**Forest Hills, NY 11375** | | | .25 unit |
| **John A. Mattaliano**<br>**8 Jamestown Pass**<br>**Colts Neck, NJ 07722** | | | 1 unit |
| **John Capri**<br>**5 Pound Hollow**<br>**Glen Head, NY 11545** | | | .50 unit |
| **John Capri**<br>**5 Pound Hollow**<br>**Glen Head, NY 11545** | | | 1 unit |
| **John M. Downing Jr.**<br>**135 Parkside Drive**<br>**Box 786**<br>**Point Lookout, NY 11569** | | | .50 unit |
| **John M. Downing Sr.**<br>**1049 Park Avenue**<br>**New York, NY 10028** | | | 1 unit |
| **John R. Anderson**<br>**228 Barnstable Drive**<br>**Wyckoff, NJ 07481** | | | .50 unit |
| **John Vondracek**<br>**21 West Street**<br>**Apt 12J**<br>**New York, NY 10006** | | | .50 unit |
| **Joseph Fierstein**<br>**51 Diana's Trail**<br>**Roslyn, NY 11576** | | | 1 unit |
| **Joshua Amini**<br>**35 Greenway North**<br>**Forest Hills, NY 11375** | | | 1 unit |
| **Julian Herskowitz**<br>**Terrap Psychological Assoc**<br>**775 Park Ave Suite 155**<br>**Huntington, NY 11743** | | | .50 unit |
| **Lawrence R. Brenner**<br>**300 East 71st Street**<br>**New York, NY 10021** | | | .75 unit |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Times Square Enterprises, LLC**        Case No. _____

                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Leandro A. Vaysman<br>40 East 9th Street<br>Apt 6 H<br>New York, NY 10003 | | | 1 unit |
| Leila Tadros<br>407 A Douglas Street<br>San Francisco, CA 94114 | | | .25 unit |
| Leonard and Marcia Weiss<br>481 Greenbriar Court<br>North Hills, NY 11576 | | | 2 units |
| Linda Stryker<br>300 Mercer Street<br>Apt 19F<br>New York, NY 10003 | | | .50 unit |
| Lois M. Carollton<br>4335 Los Padres Drive<br>Fallbrook, CA 92028 | | | .50 unit |
| Louis and Wanda Nardolillo<br>170 Woodside Lane<br>PO Box 78<br>Laurel, NY 11948 | | | 1 unit |
| Lucille Brown<br>16 Quail Hollow Lane<br>West Nyack, NY 10994 | | | 2 units |
| Magdy A. Tadros<br>6020 Boulevard East<br>Apt 5<br>West New York, NJ 07093 | | | .25 unit |
| Mandell and Juliet Dalis<br>25 Barkers Point Road<br>Port Washington, NY 11050 | | | 1 unit |
| Maria Milito<br>407 Park Avenue South<br>Apt 8 A<br>New York, NY 10016 | | | .5 unit |
| Martha Ann Schneider<br>3917 Fairfax Avenue<br>Dallas, TX 75209 | | | .25 unit |
| Martin H. Bauman<br>12 East Road<br>Port Washington, NY 11050 | | | 1 unit |

Sheet  **5**  of  **9**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael and Estelle Sotirhos**<br>**1800 S Ocean Blvd**<br>**Apt 1310**<br>**Lauderdale by the Sea, FL 33062** | | | **1 unit** |
| **Michael and Sarah Conway**<br>**251 Central Park West**<br>**#6C**<br>**New York, NY 10024** | | | **1 unit** |
| **Michael Lawrence**<br>**6 Fairview Road**<br>**Massapequa, NY 11758** | | | **.75 unit** |
| **Mriam R. Shubert**<br>**6375 Pebble Creek Way**<br>**Boynton Beach, FL 33437** | | | **1 unit** |
| **Pat LaFontaine**<br>**3 Beach Drive**<br>**Huntington, NY 11743** | | | **2 units** |
| **Paul Hoffman Jr.**<br>**Binky Beer on Broadway LLC**<br>**56 Harrison Street**<br>**New Rochelle, NY 10801** | | | **3 units** |
| **Peter Kramer**<br>**333 East 23rd Street**<br>**Apt 10HH**<br>**New York, NY 10010** | | | **1 unit** |
| **Priscilla Sprung**<br>**133 East 17th Street**<br>**New York, NY 10003** | | | **.25 unit** |
| **Renne and Jose Cardoso**<br>**7 Shore Road**<br>**Edgewater, NJ 07020** | | | **.50 unit** |
| **Richard A. Smith**<br>**24 Mountain Avenue**<br>**Summit, NJ 07901** | | | **.50 unit** |
| **Richard Carte**<br>**1702 Adros Isle Drive**<br>**Pompano Beach, FL 33063** | | | **.5 unit** |
| **Robert Donno**<br>**69 Grist Mill Lane**<br>**Manhasset, NY 11030** | | | **1 unit** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re __Times Square Enterprises, LLC_____ ,    Case No._____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert H. Schaffer**<br>**30 Oak Street**<br>**Stamford, CT 06905** | | | **1 unit** |
| **Robert L. Skinner**<br>**Twenty One East Victoria Invst**<br>**21 East Victoria St Ste 200**<br>**Santa Barbara, CA 93101** | | | **3 units** |
| **Roger Whitehouse**<br>**Whitehouse & Company**<br>**18 East 16th Street, 7th Floor**<br>**New York, NY 10003** | | | **.50 unit** |
| **Ronald S. Rosbruch**<br>**Strategies for Wealth**<br>**140 Broadway**<br>**New York, NY 10005** | | | **.50 unit** |
| **Ronald Wong**<br>**30 Waterside Plaza**<br>**20F**<br>**New York, NY 10010** | | | **2 units** |
| **Rony Kessler**<br>**180 Hilton Avenue**<br>**Apt A1**<br>**Hempstead, NY 11550** | | | **1 unit** |
| **Rosa Sylvan**<br>**44 Coconut Row (B515)**<br>**Palm Beach, FL 33480** | | | **3 units** |
| **Rosalia DiStefano**<br>**85 Cuba Avenue**<br>**Staten Island, NY 10306** | | | **.5 unit** |
| **Royce and Diane Graham**<br>**401 East 34th Street**<br>**Apt S19H**<br>**New York, NY 10016** | | | **.50 unit** |
| **Scott W. Gammon**<br>**1005 Bay Avenue**<br>**Mattituck, NY 11952** | | | **.5 unit** |
| **Stanley K. Fass**<br>**7 Gramercy Park West**<br>**#6B**<br>**New York, NY 10003** | | | **.50 unit** |

Sheet __7__ of __9__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Times Square Enterprises, LLC**
_____,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Stanley Katz**<br>**10 Bonnie Drive**<br>**Northport, NY 11768** | | | **1 unit** |
| **Stephen and Michele Hoey**<br>**4 Bay Path Court**<br>**Huntington, NY 11743** | | | **.50 unit** |
| **Stephen and Sheila Cohen**<br>**121 Windsor Gate Drive**<br>**New Hyde Park, NY 11040** | | | **.5 unit** |
| **Stephen Bronstein**<br>**139 Reade Street**<br>**Apt 3B**<br>**New York, NY 10013** | | | **.75 unit** |
| **Stephen P. August**<br>**16 Lincoln Street**<br>**New Haven, CT 06511** | | | **.50 unit** |
| **Steve Capri**<br>**2 Beechwood Drive**<br>**Glen Head, NY 11545** | | | **.50 unit** |
| **Steven E. Shulem**<br>**Strickly Vacations**<br>**108 West Mission Street**<br>**Santa Barbara, CA 93101** | | | **.50 unit** |
| **Steven L. Yurman**<br>**Glove Chemical Company**<br>**18 Fairview Farm Road**<br>**Redding, CT 06896** | | | **1.50 units** |
| **Theodore and Marianne Hovivian**<br>**515 East 79th Street**<br>**Apt 30E**<br>**New York, NY 10021** | | | **1 unit** |
| **Thomas A. Bobinski**<br>**1 Grafton Court**<br>**Hillsborough, NJ 08844** | | | **.50 unit** |
| **Thomas and Linda Smith**<br>**370 Dillon Lane**<br>**Swansea, MA 02777** | | | **2 units** |
| **Trinidad Alonso**<br>**234 East 78th Street**<br>**Apt 1 D**<br>**New York, NY 10021** | | | **2 units** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Times Square Enterprises, LLC** _____    Case No. _____
                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Trust Company of America FBO**<br>**John A. Bobinski**<br>**7103 S. Revere**<br>**Englewood, CO 80112** | | | **2 units** |
| **William S. Saslow**<br>**Saslow Management**<br>**1444 Wazee Street Suite 220**<br>**Denver, CO 80202** | | | **.50 unit** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 15, 2005**_____    Signature **/s/ Helen Lucas Liftig**
                                                    **Helen Lucas Liftig**
                                                    **Managing Member**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet **9** of **9** continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Times Square Enterprises, LLC**        Case No. _____

                              Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 15, 2005**                 **/s/ Helen Lucas Liftig**

                                          **Helen Lucas Liftig/Managing Member**
                                          Signer/Title

Advance Me
245 Town Park Dr Ste 400
Kennesaw, GA 30144

AFI Foods
1 Ikea Dr
Elizabeth, NJ 07207

Atlas Acon
283 Hudson
New York, NY 10013

Aureala Construction
78 14th St
Brooklyn, NY 11215

Backenroth Frankel & Krinsky
489 Fifth Avenue
New York, NY 10017

Baybrent Tile
1637 Sycamore Ave
Bohemia, NY 11716

Berton Waterproofing
7 Kirk Ave
Ronkonkoma, NY 11779

Binky Beer on Broadway LLC
Paul Hoffman Jr
56 Harrison St
New Rochelle, NY 10801

Boston Properties LP
599 Lexington Avenue
New York, NY 10022

Burgess Steel
200 W Forest Ave
Englewood, NJ 07631

Capri Construction
c/o John Capri
5 Pound Hollow Rd
Glen Head, NY 11545

Capri, John
5 Pond Hollow Rd
Glen Head, NY 11545


Capri, Steve
2 Beecwood Dr
Glen Head, NY 11545


Center Street Systems Inc.
c/o Mark E Tulip
Brooklyn, NY 11201


Cherokee Architectural Metals
1100 E Houston st
Broken Arrow, OK 74012


City of New York
NYC Law Department
100 Church St
New York, NY 10007


Con Edison
Jaf Station
POB 1702
New York, NY 10116


Dees Associated
60-41 56th Rd
Maspeth, NY 11378


Denton, Harold
General Land
2 Research Way
Princeton, NJ 08540


Donno, Robert
69 Grist Mill Lane
Manhasset, NY 11030


Eisman Levine Lehraupt
845 THIRD AVENUE
New York, NY 10022

Faddis, Frank
6701 Pensacola Blvd
Pensacola, FL 32505

GE Capital Business Solutions
3000 Lakeside Dr Ste 200N
Deerfield, IL 60015

GFC Lighting
10 Esquire rd
New City, NY 10956

Helen Lucas Liftig
465 Park Ave
New York, NY 10022

Henick Lane
42-22 9th Ave
Long Island City, NY 11101

IGT Services Inc
600 NE 36 St
Miami, FL 33137

Irving Haase & Co
108-13 53 Ave
East Elmhurst, NY 11369

Jerome S Gillman Architects
40 Worth St
New York, NY 10013

Joel Popkin & Co.
1430 Broadway
New York, NY 10018

Knickerbocker Meat
451 Stevens Ave
Ridgewood, NJ 07450

KP Organization
1850 Pond Rd
Ronkonkoma, NY 11779

Krestwood Installers
62 timber Ridge Rd
Holtsville, NY 11742

Landmark Sign Co
1600 Broadway
New York, NY 10019

Lappin, Dorothy
150 Bradley Pl
Palm Beach, FL 33480

Lauster & Radu
104 West 27 Street
New York, NY 10001

Long Island Landscape
37 Summit
Sea Cliff, NY 11579

Martin Meltzer
Belkin Burdern Wenig & Goldman
270 Madison Ave
New York, NY 10016

Mattaliano, John
12152 Siesta Dr.
Fort Myers Beach, FL 33931

MMD Group
56 Morningside Dr
Croton On Hudson, NY 10520

Nassau Suffolk Lumber
1 Station Plaza
Locust Valley, NY 11560

North Fork Bank
404 5th Ave
New York, NY 10018

North Fork Bank
9025 Route 25
Mattituck, NY 11952

Restoration Experts
205 Ronkonkoma ave
Ronkonkoma, NY 11779

Rewards Network Establishment
Services Inc
290 Park Ave
New York, NY 10010

Rialto Furniture
150 North St
Brooklyn, NY 11211

Riviera Produce
205 Jackson St
Englewood, NJ 07631

Robinson Brog Leinwand et al
1345 6th Ave
New York, NY 10105

Stareshefsky, Joseph
22 Scher Pl
Passaic, NJ 07055

State of New York
Attorney General's Office
120 Broadway
New York, NY 10271

Steve Capri PE
2 Beechwood Dr
Glen Head, NY 11545

Superior Concrete
753 Franklin Ave
Franklin Square, NY 11010

Superior Consulting
Building 62
Brooklyn Navy Yard
Brooklyn, NY 11205

Supply Services
PO Box 2028
Woodstock, GA 30188


Sylvan, Rosa
44 Coconut Row
Palm Beach, FL 33480


ThyssenKrupp Elevator
494 8th Ave 11th fl
New York, NY 10001


Time Warner Cable
41-61 Kissena Blvd
Flushing, NY 11355


Total Dollar Insurance
325 Lexington Ave
New York, NY 10016


Total Dollar Management Effort
c/o Arther Burhr
325 Lexington Ave
New York, NY 10016


United States of America
c/o U.S. Attorney
100 Church St.
New York, NY 10007


United States Trustee
33 Whitehall
New York, NY 10004


Waldorf Catering
240 Washington Ave
Mount Vernon, NY 10553


Weiss, Leonard
481 Greenbriar Ct
Roslyn, NY 11576


Wizard Leasing, Inc.
59 Deep Woods Way
Ormond Beach, FL 32174

Wong, Ronald
30 Waterside Plaza
New York, NY 10010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                               Chapter 11

TIMES SQUARE ENTERPRISES, LLC,                      Case No.

                    Debtor.                         **LOCAL RULE AFFIDAVIT**

--------------------------------------------------------x
STATE OF NEW YORK      )
                       ) s.s.:
COUNTY OF NEW YORK     )


        Helen Lucas Liftig, being duly sworn, deposes and says as follows:


        1.      I am the Managing Member of Times Square Enterprises, LLC (the
"Debtor").


        2.      The Debtor's primary asset is a three story micro-brewery restaurant doing
business as the Times Square Brewery, located at 210 West 42nd Street, New York New York.


        3.      The Debtor's petition was triggered by a pending eviction action, and the
Debtor's desire to preserve the value of its business, and to sell the restaurant forthwith under
Bankruptcy Court jurisdiction, prior to further adverse action against the Debtor by the Debtor's
landlord.


        4.      There is no prior pending bankruptcy case

5.      No committee of creditors was previously appointed hereto.

6.      The schedule of twenty (20) largest creditors excluding insiders is annexed to the petition.

7.      The Debtor's secured creditors are set forth on Schedule D filed with the Petition.

8.      The Debtor's assets consist of the goodwill of the Times Square Brewery restaurant, together with its real property lease and furniture fixtures and equipment, which the Debtor estimates to have a collective value of approximately $3,000,000.  The Debtor estimates that its liabilities consist of approximately $880,000 of secured claims, approximately $250,000 owed to the Debtor's landlord, and approximately $2.6 million of other general unsecured claims.

9.      The Debtor's equity owners include over one hundred members, none of whom owns more than approximately 3% of the Debtor's membership interests.

10.     The Debtor leases real property located at 210 West 42nd Street, New York, New York.

11.     The Debtor's assets are located at the aforementioned premises.

12.     Upon information and belief, the pending lawsuits against the Debtor include the following: Boston Properties v. Times Square Enterprises, an eviction action, Centre Street Systems, Inc. v. 42nd Street Development, et al, a collection case, and Irving Haase & Co. Inc. v. Times Square Enterprises, a collection case.

13.     The estimated monthly payroll for the 30 days following the filing of the Bankruptcy petition (excluding officers, directors, shareholders and partners) is approximately $129,305.

14.     The Debtors does not anticipate any payments to insiders in the 30 days following the filing of the Bankruptcy petition.

15.     A schedule of estimated cash receipts and disbursements for the 30 days following the filing of the Bankruptcy petition is annexed hereto.

16. No shares of stock, debentures or other securities of the Debtor or any subsidiary of the Debtor are publicly held.

s/Helen Lucas Liftig

Sworn to before me this
15th day of August 2005

s/ Mark Frankel
Notary Public

## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of New York

**In the Matter of:**

Times Square Enterprises, LLC

**Debtor**

}
}
}
}
}
}
}

No.

Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Helen Lucas Liftig, declare under penalty of perjury that I am the Managing Member of Times Square Enterprises, LLC, and that the following is a true and correct copy of the resolutions adopted on the 15th day of August, 2005.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Helen Lucas Liftig, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Helen Lucas Liftig, Managing Member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Helen Lucas Liftig, Managing Member of this company is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP to represent the company in such bankruptcy case."

Date August 15, 2005

Signed s/Helen Lucas Liftig
Helen Lucas Liftig
Managing Member

Resolution of Board of Directors
of
Times Square Enterprises, LLC


Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Helen Lucas Liftig, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Helen Lucas Liftig, Managing Member of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Helen Lucas Liftig, Managing Member of this company is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP to represent the company in such bankruptcy case.