UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                                      Chapter 11

TIMES SQUARE ENTERPRISES, LLC,                                  Case No. 05-16502-RDD

        Debtor
---------------------------------------------------------------x        **AFFIDAVIT OF SERVICE**


        Ruthy Waknine, being duly sworn, deposes and says:  I am over the age of eighteen years, I reside in Kings County, I am not a party herein, and that on the 22nd day of November 2005,  I caused to be served a true copy of the NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE DECEMBER 28, 2005 upon the interested parties listed below, at their last known address, by U.S.Regular Mail, by causing same to be deposited, properly enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the City of New York.

        s/Ruthy Waknine

Sworn to before me this 29th
day of November, 2005

s/Mark Frankel
Notary Public

To:

No. 5 Times Square Development LLC
c/o Mintz Levin et al
666 Third Avenue
New York, NY 10017


Atlas Acon
283 Hudson
New York, NY 10013


Baybrent Tile
1637 Sycamore Ave
Bohemia, NY 11716

Boston Properties LP
599 Lexington Avenue
New York, NY 10022

Capri, John
5 Pond Hollow Rd
Glen Head, NY 11545

Cherokee Architectural Metals
1100 E Houston St
Broken Arrow, OK 74012

Dees Associated
60-41 56th Rd
Maspeth NY 113789

AFI Foods
1 Ikea Dr
Elizabeth, NJ 07207

Aureala Construction
78 14th St
Brooklyn, NY 11215

Berton Waterproofing
7 Kirk Ave
Ronkonkoma, NY 11779


Burgess Steel
200 W Forest Ave
Englewood, NJ 07631


Capri, Steve
2 Beecwood Dr
Glen Head, NY 11545


City of New York
NYC Law Department
100 Church St
New York, NY 10007


Denton, Harold
General Land
2 Research Way
Princeton, NJ 08540

Times Square Enterprises, LLC
210 West 42nd Street
New York, NY 10022



Advance Me

3

245 Town Park Dr Ste 400
Kennesaw, GA 30144

Binky Beer on Broadway LLC
Paul Hoffman Jr
56 Harrison St
New Rochelle, NY 10801

Capri Construction
c/o John Capri
5 Pound Hollow Rd
Glen Head, NY 11545

Center Street Systems Inc.
c/o Mark E Tulip
Brooklyn, NY 11201

Con Edison
Jaf Station
POB 1702
New York, NY 10116

Donno, Robert
69 Grist Mill Lane
Manhasset, NY 11030

Helen Lucas Liftig
465 Park Ave
New York NY 10022

Henick Lane
42-22 9th Ave
Long Island City, NY 11101


IGT Services Inc
600 NE 36 St
Miami, FL 33137

Irving Haase & Co
108-13 53 Ave
East Elmhurst, NY 11369

Jerome S Gillman Architects
40 Worth St
New York, NY 10013

Joel Popkin & Co.
1430 Broadway
New York, NY 10018

Knickerbocker Meat
451 Stevens Ave
Ridgewood, NJ 07450

Krestwood Installers
62 timber Ridge Rd
Holtsville, NY 11742

KP Organization
1850 Pond Rd
Ronkonkoma, NY 11779

Lappin, Dorothy
150 Bradley Pl
Palm Beach, FL 33480

Lauster & Radu
104 West 27 Street

New York, NY 10001

Landmark Sign Co
1600 Broadway
New York, NY 10019

MMD Group
56 Morningside Dr
Croton On Hudson, NY 10520

Long Island Landscape
37 Summit
Sea Cliff, NY 11579

Mattaliano, John
12152 Siesta Dr.
Fort Myers Beach, FL 33931

Martin Meltzer
Belkin Burdern Wenig & Goldman
270 Madison Ave
New York, NY 10016

New York State Department of
Taxation and Finance
Bankruptcy Section
PO Box5300
Albany, NY 12205-0300

North Fork Bank
404 5th Ave
New York, NY 10018

Rewards Network Establishment
Services Inc
290 Park Ave
New York, NY 10010

Nassau Suffolk Lumber
1 Station Plaza
Locust Valley, NY 11560

North Fork Bank
9025 Route 25

Mattituck, NY 11952

Restoration Experts
205 Ronkonkoma Ave
Ronkonkoma, NY 11779

North Fork Bank
Zavatsky, Mendelsohn, Gross,
Savino & Levy, LLP
33 Queens Street
PO Box 510
Syosset, NY 11719-0510

Mintz Levin Cohn Ferris Glovsky & Popec, P.C
ATTN: Michael L. Schein, Esq.
666 Third Avenue
New York, N.Y. 10017-4011

Robert E. Corcoran, Esq.
Peterpaul, Clark & Corcoran, PC
One Cleveland Place
Springfield, NJ 07081

Riviera Produce
205 Jackson St
Englewood, NJ 07631

Rialto Furniture
150 North St
Brooklyn, NY 11211

Stareshefsky, Joseph
22 Scher Pl
Passaic, NJ 07055

Robinson Brog Leinwand et al
1345 6th Ave
New York, NY 10105

State of New York
Attorney General's Office
120 Broadway
New York, NY 10271

Supply Services
PO Box 2028
Woodstock, GA 30188


ThyssenKrupp Elevator
494 8th Ave 11th fl
New York, NY 10001


Total Dollar Management Effort
c/o Arther Burhr
325 Lexington Ave
New York, NY 10016


United States of America
c/o U.S. Attorney
100 Church St.
New York, NY 10007


Wizard Leasing, Inc.
59 Deep Woods Way
Ormond Beach, FL 32174


Sylvan, Rosa
44 Coconut Row
Palm Beach, FL 33480


Time Warner Cable

41-61 Kissena Blvd
Flushing, NY 11355

Waldorf Catering
240 Washington Ave
Mount Vernon, NY 10553

Wong, Ronald
30 Waterside Plaza
New York, NY 10010

Superior Consulting
Building 62
Brooklyn Navy Yard
Brooklyn, NY 11205

Tom Cat Bakery, Inc.
43-05 10th Street
LIC, NY 11101

Total Dollar Insurance
325 Lexington Ave
New York, NY 10016

United States Trustee

33 Whitehall
New York, NY 10004



Weiss, Leonard
481 Greenbriar Ct
Roslyn, NY 11576
Zavatsky,Mendelsohn,



Gross,Savino & Levy, LLP
33 Queens Street, P. O. Box 510
Syosset, N.Y. 11791-0510

NEAL S. MANN (NM-0617)
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271

Michael S. Davis
Anthony I. Giacobbe, Jr.
575 Lexington Avenue
New York NY 10022

Superior Concrete
753 Franklin Ave
Franklin Square, NY 11010

Eisman Levine Lehraupt
845 Third Avenue
New York, NY 10022

Frank Faddis
6701 Pensacola Blvd
Pensacola, FL 32505

Eliot Spitzer
Attorney General, State of New York
Neil S. Mann
Assistant Attorney General
120 Broadway - 24th Floor

New York, NY 10271

GFC Lighting
10 Esquire rd
New City, NY 10956

GE Capital Business Solutions
3000 Lakeside Dr Ste 200N
Deerfield, IL 60015

Ge Capital Colonial Pacific
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52405

A.I Credit Corp.
99 High
Boston MA 02110