UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                              Chapter 11

TIMES SQUARE ENTERPRISES, LLC                 Case No.  05-16502(RDD)

                              Debtor.
----------------------------------------------------------x

## ORDER CONFIRMING PLAN OF REORGANIZATION

       Times Square Enterprises, LLC, the above-named debtor (the "Debtor") in the above-captioned chapter 11 case, having proposed and filed its Amended Plan of Reorganization ("Plan") on or about May 23, 2006 and having filed a copy of its Amended Disclosure Statement filed on May 23, 2006; (the "Disclosure Statement"); and the Plan and Disclosure Statement having been transmitted to creditors and equity security holders on or about May 26, 2006, and a hearing ("Confirmation Hearing") having been held before this Court on July 6, 2006 on confirmation of the Plan, and the requirements for confirmation of the Plan set forth in 11 U.S.C. 1129(a) having otherwise been satisfied at the Confirmation Hearing; it is

       ORDERED, that the Plan be, and it hereby is, confirmed; and it is further

       ORDERED, that the Debtor be, and it hereby is, authorized to execute such documents, and take such actions as may be necessary to effectuate the provisions of the Plan; and it is further

Dated:    New York, New York
            July 6, 2006

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE